UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　　Defendant. | Case No. 17-cv-01642-VC<br><br>**ORDER TO SHOW CAUSE** |

The Commissioner was served with summons in this case on May 1, 2017. Dkt. No. 10. Under Civil Local Rule 16-5, the answer, together with a certified copy of the transcript of the administrative record was due 90 days later. Because July 30, 2017 was a Sunday, the answer was due on July 31, 2017. No answer or administrative record has been received. The Commissioner is ordered to show cause why judgment should not be entered for Williams. The Commissioner shall file a response within 7 days of this order.

**IT IS SO ORDERED.**

Dated: August 10, 2017

_____
VINCE CHHABRIA
United States District Judge